UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON PRECHTEL**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,** *et al.*<br><br>Defendants. | Case No. 17-cv-01835 (CRC) |

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant Federal Communications Commission's Motion for Summary Judgment (ECF No. 11) is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 14) is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that the parties shall meet and confer, applying the analysis set forth in the accompanying opinion, and file a joint status report on or before October 15, 2018, to include a proposed briefing and document production schedule, if applicable, regarding the following issues:

(1)  Defendant General Services Administration's constructive denial of Plaintiff's FOIA request;

(2) the adequacy of Defendant Federal Communications Commission's search for documents responsive to Plaintiff's FOIA request for API keys and associated

information; and

(3) Defendant Federal Communications Commission's response to Plaintiff's request for .CSV files.

**SO ORDERED**.

                                                                                            _____
                                                                                            CHRISTOPHER R. COOPER
                                                                                            United States District Judge

Date: September 13, 2018