UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON PRECHTEL,

*Plaintiff*,

v.

FEDERAL COMMUNICATIONS
COMMISSION, *et al.*,

*Defendants*.

Civil Action No. 17-1835-CRC

## NOTICE OF RESTORED FUNDING AND PROPOSED SCHEDULE

Pursuant to the Court's minute order dated December 27, 2018, Defendants hereby notify

the Court and Plaintiff that an appropriations act providing funding to the Department of Justice

("DOJ") for a three-week period of time was enacted on the evening of Friday, January 25, 2019.

Consequently, DOJ attorneys, including the undersigned Assistant United States Attorney assigned

to this case, are now authorized by law to resume work on civil matters, including matters that are

not "emergencies involving the safety of human life or the protection of property." 31 U.S.C.

§ 1342.

Undersigned counsel for Defendants is currently in the process of rescheduling over thirty

deadlines in cases assigned to him that have been stayed pending the lapse in appropriations,

including ten other substantive briefs that have been scheduled or are being proposed to be

rescheduled during the month of February. In addition, undersigned counsel will be presenting oral

arguments before the D.C. Circuit on January 30, 2019, and again on February 11, 2019. In light

of these other obligations, Defendants propose to file their motion for summary judgment in this

case on or before **February 15, 2019**. Extending the remaining dates on the briefing schedule

commensurately results in the following remaining schedule (with one additional week added to

the deadline for Plaintiff's reply, as his counsel's request): Plaintiff's opposition and cross-motion

will be due on **April 8, 2019**; Defendant's opposition and reply will be due on **April 22, 2019**;

Plaintiff's reply will be due on **May 13, 2019**. Counsel for Defendants conferred with counsel for

Plaintiff, and Plaintiff consents to this schedule.

Dated: January 29, 2019                        Respectfully submitted,

                                               JESSIE K. Liu, D.C. Bar #472845
                                               United States Attorney

                                               DANIEL F. VAN HORN, D.C. Bar #924092
                                               Chief, Civil Division

                                               By:   /s/ Johnny Walker
                                               JOHNNY H. WALKER, D.C. Bar # 991325
                                               Assistant United States Attorney
                                               555 4th Street, N.W.
                                               Washington, District of Columbia 20530
                                               Telephone: 202 252 2575
                                               Email: johnny.walker@usdoj.gov

                                               *Counsel for Defendants*